**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FRANK BRETT,
         **Plaintiff,**

-vs-                              Case No. 6:08-cv-74-Orl-28DAB

NATIONAL VOTER OUTREACH,
STATE OF FLORIDA,
UNIVERSITY OF CENTRAL FLORIDA,
CITY OF ORLANDO,
STEVE DRATTEL,
CANGERMAN AND CENTERPIT,
HERDON LIBRARY,
DOWNTOWN ORLANDO LIBRARY,
BABY DOLLS,
THE DOLL HOUSE,
CRYSTAL CABARET,
DIAMOND CLUB,
HARRY GEISSINGER, III,
BRENT VASHER,
GUNTHER VOLKSWAGON,
UNKNOWN ATTORNEY,
         **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) filed January 16, 2008, and his Amended Motion for Leave to Proceed *in forma pauperis* (Doc. No. 5) filed January 23, 2008. The United States Magistrate Judge has submitted two reports (Doc. Nos. 4 and 16) recommending that the motions be denied. Plaintiff has filed numerous documents since the filing of both Reports and Recommendations (Docs. 5-12, and 17-23) which this Court interprets as Plaintiff's objections to the Report and Recommendations.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendations filed January 18 and 30, 2008 (Doc. Nos. 4 and 16) are **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) and the Amended Motion to Proceed *in forma pauperis* (Doc. No. 5) are **DENIED**.

3. The Complaint (Doc. 1) and the "Amended Complaint" (Doc. 5, see Doc. 16, page 2) are **dismissed.**

4. The motions filed at docket entries 6, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20, 21, 22, and 23 are **DENIED**.

5. Plaintiff may file an amended complaint within eleven (11) days of the date of this Order that is in compliance with the guidelines set forth in the two Reports and Recommendations (Doc. Nos. 4 and 16). Failure to file an amended complaint within the time allowed, or that fails to meet the guidelines set forth in the two Reports and Recommendations, will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party