# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRANK BRETT,**
            **Plaintiff,**

-vs-                             Case No. 6:08-cv-74-Orl-28DAB

**NATIONAL VOTER OUTREACH,**
**STATE OF FLORIDA,**
**UNIVERSITY OF CENTRAL FLORIDA,**
**CITY OF ORLANDO,**
**STEVE DRATTEL,**
**CANGERMAN AND CENTERPIT,**
**HERDON LIBRARY,**
**DOWNTOWN ORLANDO LIBRARY,**
**BABY DOLLS,**
**THE DOLL HOUSE,**
**CRYSTAL CABARET,**
**DIAMOND CLUB,**
**HARRY GEISSINGER, III,**
**BRENT VASHER,**
**GUNTHER VOLKSWAGON,**
**UNKNOWN ATTORNEY,**
            **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Extension of Time to File Amended Complaint (Doc. No. 25) and Motion for Leave to Proceed In Forma Pauperis (Doc. No. 28). The United States Magistrate Judge has submitted a report recommending that both motions be denied and the case dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 6, 2008 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Extension of Time to File Amended Complaint (Doc. No. 25) is **DENIED**.

    3.    Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 28) is **DENIED**.

    4.    This case is dismissed.

    5.    All other pending motions are **DENIED as moot.**

    6.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11 day of April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party